Jun 27 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 05-60962-CIV-HUCK

CARIBBEAN YACHT WORKS, LTD.,

      Plaintiff,

vs.

*M/V Neenah Z*, U.K. Registration No. 909218,
her engines, tackle, equipment and appurtenances,
*in rem*,

      Defendants.
_____/

## VERIFIED CLAIM OF OWNER

      ADVENTURE CHARTERS (hereinafter "Claimant/Owner"), an Isle of Mann

corporation, specially appears by and through the undersigned, and hereby files this Claim as the

owner of the *M/V Neenah Z*, her engines, tackle, apparel, equipment, etc., *in rem*, and specially

appears in accordance with Supplemental Rule E(8) as claimant and demands restitution of the

Vessel and the right to defend this action on her behalf.

## Verification

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )SS |
| COUNTY OF COOK | ) |

      MICHAEL ZUBI, being duly sworn and deposed says that he is the authorized agent for

Claimant/Owner and has authority to make this claim on behalf of the corporation as owner of

the *M/V Neenah Z.*

Michael Zubi

SWORN TO AND SUBSCRIBED
before me this 24 day of June 2005.

Notary Public - State of __ILLinois__
My Commission Expires: 8/22/08

OFFICIAL SEAL
IRIS NICHOLS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/22/08

### Certificate of Service

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court, United States District Court and has been furnished via Telefax and U.S. Mail this 27th day of June 2005 to: Christopher R. Fertig, Esq., Fertig and Gramling, P.A., Attorneys for Plaintiff, 200 Southeast 13th Street, Fort Lauderdale, Florida 33316 and Robert L. Jennings, Esq., Jennings & Valancy, P.A., Attorneys for Unlimited Marine, 311 Southeast 13th Street, Fort Lauderdale, Florida 33316.

STROUP & MARTIN, P.A.
Attorneys for Plaintiff
119 Southeast 12th Street
Fort Lauderdale, Florida 33316
(954) 462-8808; fax 462-0278

By: /s/ James W. Stroup
JAMES W. STROUP
Fla Bar No. 0842117